George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Civil No. 3:16-cv-02065-JSC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Jacqueline Scott Corley |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff San Francisco Baykeeper and Defendants City of Berkeley and Community Conservation Centers, Inc. (collectively, the "Parties") have reached a tentative settlement in this action, which has been executed by the Parties. As required by federal law, a copy of the [Proposed] Consent Decree has been sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency (collectively, the "Agencies") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5. Copies of the [Proposed] Consent Decree will be sent to the Agencies via U.S. Certified Mail on today's date. Upon expiration of the 45-day review period, Plaintiff will request that the Court (1) approve and execute the [Proposed] Consent Decree which provides for continuing Court jurisdiction over any disputes which may arise between the parties under the agreement, and (2) approve and execute an Order dismissing the Complaint.

Therefore, in light of the 45-day statutory review period, which ends on approximately July 8, 2016, Plaintiff requests that the Court vacate from its calendar the August 4, 2016 Case Management Conference and associated deadlines, and issue an order that the Parties have until July 15, 2016 to file a motion to enter the [Proposed] Consent Decree.

WHEREFORE, Plaintiff respectfully requests that the Court approve and enter the Proposed Order below.

DATE: May 24, 2016                    Respectfully Submitted,

                                      /s/ Nicole C. Sasaki
                                      _____
                                      Nicole C. Sasaki
                                      Attorney for Plaintiff
                                      SAN FRANCISCO BAYKEEPER

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for August 4, 2016 and all associated deadlines are vacated.  The Court sets July 15, 2016 as the deadline for Plaintiff to file a motion to enter the [Proposed] Consent Decree.  Defendants shall file their consent or declination prior to the submission of proposed Consent Decree.

IT IS SO ORDERED.

Date: __May 25, 2016_____

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Jacqueline Scott Corley
United States District Court