1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Civil No. 3:16-cv-02065-JSC<br><br>**REQUEST FOR ENTRY OF [~~PROPOSED~~] CONSENT DECREE AND DISMISSAL; [~~PROPOSED~~] ORDER**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Jacqueline Scott Corley |

1   WHEREAS, on May 24, 2016, Plaintiff San Francisco Baykeeper ("Baykeeper") and

2   Defendants City of Berkeley and Community Conservation Centers, Inc. (collectively, the

3   "Parties") notified the Court that the Parties had reached a tentative settlement in this action and

4   would be sending a copy of the [Proposed] Consent Decree to the U.S. Department of Justice and

5   to the U.S. Environmental Protection Agency for a mandatory 45-day review period under 33

6   U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, *see* Dkt. No. 6;

7   WHEREAS, on July 12, 2016, the U.S. Department of Justice notified the Court and the

8   Parties that it did not object to the entry of the [Proposed] Consent Decree, *see* Dkt. No. 12;

9   WHEREFORE, Baykeeper respectfully requests that the Court approve and enter the

10  [Proposed] Consent Decree as an Order of the Court, order that the above-captioned action be

11  dismissed with prejudice, and retain jurisdiction over the Parties for the sole purpose of enforcing

12  compliance by the Parties with the terms of the Consent Decree until the Consent Decree

13  terminates;

14  WHEREFORE, Baykeeper respectfully requests the Court to approve and enter the

15  [Proposed] Order attached hereto.

16

17  DATE: July 12, 2016                          Respectfully Submitted,

18                                               /s/ Nicole C. Sasaki
                                                 _____

19                                               Nicole C. Sasaki
                                                 Attorney for Plaintiff
20                                               SAN FRANCISCO BAYKEEPER

21

22

23

24

25

26

27

28

Request for Entry of [~~Proposed~~] Consent Decree & Dismissal - Civil No. 3:16-cv-02065-JSC

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the [Proposed] Consent Decree, attached hereto as Exhibit A, is fully incorporated herein by reference and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Plaintiff and Defendants with the terms of the Consent Decree until the Consent Decree terminates.

IT IS FURTHER ORDERED that the above-captioned action against Defendants is dismissed with prejudice.

IT IS SO ORDERED.

Date: _____ July 13, 2016

NORTHERN DISTRICT OF CALIFORNIA



_____
Honorable Jacqueline Scott Corley
United States Magistrate Judge

GRANTED

Judge Jacqueline Scott Corley

Request for Entry of [Proposed] Consent Decree & Dismissal - Civil No. 3:16-cv-02065-JSC